IN THE MATTER OF APPEAL FROM CIVIL PENALTY

No. 543A,88.

Case below: 92 N.C. App. 1.

Petition by Department of Natural Resources for writ of supersedeas and temporary stay denied 1 December 1988. Petition by Department of Natural Resources pursuant to G.S. 7A-31 and App. Rule 16(b) for discretionary review as to additional issues allowed 5 December 1988. Motion by Attorney General for reconsideration of petition for writ of supersedeas allowed and supersedeas allowed 8 December 1988.

McLAIN v. WILSON

No. 471PA88.

Case below: 91 N.C. App. 275.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1988.

MANNING v. FLETCHER

No. 492PA88.

Case below: 91 N.C. App. 393.

Petition by defendant (Farm Bureau) for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1988.

MURDOCK v. EAST COAST OIL CO.

No. 459P88.

Case below: 91 N.C. App. 288.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

PIEDMONT FORD TRUCK SALE v. CITY OF GREENSBORO

No. 394PA88.

Case below: 90 N.C. App. 692.

Petition by plaintiffs for writ of supersedeas and temporary stay of the judgment of the Court of Appeals denied 8 December 1988.